**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL T. TOTO and LORI W. TOTO, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 1:17-CV-352-RWS |
| FAY SERVICING LLC, et al., | : | |
| Defendants. | : | |

**ORDER**

This case is before on the Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 10]. Having carefully reviewed the record, the Report and Recommendation, the objections filed thereto [Doc. No. 13], and Defendants' response to Plaintiff's objections [Doc. No. 14], the objections are hereby overruled, and the Report and Recommendation [Doc. No. 10] is approved and adopted as the opinion and order of this Court. As such, Defendants' Motion to Dismiss [Doc. No. 4] is GRANTED, and the Clerk is DIRECTED to close this action.

**SO ORDERED**, this 11 day of May, 2017.

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)