**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL T. TOTO, et al.,<br>Plaintiffs,<br>v.<br>FAY SERVICING, LLC, et al,<br>Defendants. | CIVIL ACTION FILE<br>NO. 1:17-cv-00352-RWS |

## J U D G M E N T

This action having come before the court, Richard W. Story, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same and granted the defendants' motion to dismiss, it is

**Ordered and Adjudged** that the action is **DISMISSED**.

Dated at Atlanta, Georgia this 11th day of May, 2017.

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE and
CLERK OF COURT

By: s/*Barbara D. Boyle*
Deputy Clerk

Filed and Entered:
May 11, 2017
in the Clerk's Office
James N. Hatten
District Court Executive and
Clerk of Court

By: s/B.D. Boyle
Deputy Clerk